IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

HERBERT EARL GLAZE,
    Plaintiff,

VS.    CIVIL ACTION NO. 5:03-cv-131-1(Car)

JAMES DOCTOR, et. al.
    Defendants.

## MOTION TO SUPPLEMENT THE COMPLAINT

Plaintiff, Herbert Earl Glaze, pursuant to an Order issued by the Magistrate Court on September 30, 2003, has been required to supplement his complaint. Plaintiff has been Ordered to supplement the original Complaint by detailing exactly what type of punishment he received following his disciplinary hearing.

Specifically, the Order requires plaintiff to:

[1] State the exact contents of the warrant which was described in the allegations of the original Complaint; and

[2] Provide additional information regarding any action that has been taken on said warrant, i.e., whether plaintiff has been subjected to criminal prosecution for drug possession.

### I.

Plaintiff has not been served a warrant by prison officials nor has any warrant been served by local law enforcement officers.

### II

Plaintiff's efforts to ascertain the status of any pending criminal prosecution, with respect to the disciplinary charge of possession of unauthorized drugs, have not been addressed by prison officials.

5

### III

Plaintiff, after receiving the Court's Order on October 1, 2003, requested that Counselor Stewart at Augusta State Medical Prison, examine the institutional file, in order to determine; (a) whether prison officials at Rivers State Prison had taken a warrant and (b) the status of any pending criminal prosecution involving the charges on the disciplinary report.

### IV

Counselor Stewart informed plaintiff that he could find no evidence that a warrant had been pursued by officials at Rivers State Prison and no evidence that criminal prosecution related to the disciplinary charge was pending.

### V

Counselor Stewart, however, did provide plaintiff with a administrative copy of the disciplinary report which contains the actions recommended by the Hearing Officer that is described in the original complaint in paragraph 100.

### VI

As of October 6, 2003, plaintiff has not been subjected to any criminal prosecution for the charge of drug possession.

### VII

Consequently, in order to comply with the Court's September 30, 2003, Order, plaintiff respectfully submits the administrate copy of the disciplinary report for inclusion into the record.

### CONCLUSION

For the foregoing reasons, the Court should allow plaintiff to begin the service of process in this case.

This 6th day of October, 2003.

Hloge, Kerluts Earl

## CERTIFICATE OF SERVICE

I, Herbert Earl Glaze, under penalty of perjury, do hereby certify that I have served the United States District Court for the Middle District of Georgia, Macon, Division, with two copies of this MOTION TO SUPPLEMENT THE COMPLAINT by placing the same in the box at Augusta State Medical Prison designated for United States Mail with a request for indigent postage.

This 7th day of October, 2003.

Glaze, Herbert Earl

NOTARY PUBLIC

MY COMMISSION EXPIRES
MAY 9, 2005