IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

Filed at __12:30 p.M__
DATE __10-24-03__
_H M Cara_
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| HERBERT EARL GLAZE, | : | |
| Plaintiff, | : | |
| v. | : | C. A. NO. 5:03-CV-137-1(CAR) |
| JAMES DOCTOR, et al., | : | |
| Defendants. | : | Civil Order File Volume 88, Page 9113 |

# J U D G M E N T

Pursuant to the Order of this Court filed October 24, 2003, and for the reasons stated therein, JUDGMENT is hereby entered dismissing case as frivolous.

This 24th day of October, 2003.

Gregory J. Leonard, Clerk

By: _H McCara_

H. McCarra, U.S. Deputy Clerk

ENTERED ON DOCKET
__10-24__, 20__03__
Gregory J. Leonard, Clerk
_H McCara_
Deputy Clerk

7